1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4
   Attorney for:
5  Verna Herman

6
                       IN THE UNITED STATES DISTRICT COURT
7
                       FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  | UNITED STATES OF AMERICA, | Case No.: 2:11-MJ-00147-EFB |
10 |          Plaintiff,        | **ORDER RE WAIVER OF DEFENDANT VERNA HERMAN'S PRESENCE** |
11 |            vs.             | |
12 | VERNA HERMAN, et. al.      | |
13 |          Defendants.       | |

14

15

16     Defendant, VERNA HERMAN, hereby waives the right to be present in person in open court

17 upon the hearing of any motion or other proceeding in this cause, including, but not limited to,

18 when the case is ordered set for trial, when a continuance is ordered, and when any other action

19 is taken by the court before or after hearing, except upon arraignment, plea, impanelment of jury

20 and imposition of sentence. Defendant, VERNA HERMAN, hereby requests the court to proceed

21 during every absence of hers which the court may permit pursuant to this waiver; agrees that her

22 interests will be deemed represented at all times by the presence of her attorney, the same as if

23 defendant were personally present and further agrees to be present in court ready for hearing any

24 day and hour the court may fix in her absence.

25     Defendant, VERNA HERMAN, further acknowledges that she has been informed of her

26 rights under Title 18 U.S.C. §§ 3161-3171 (Speedy Trial Act), and authorizes her attorney to set

27 times and delays under the Act without defendant, VERNA HERMAN, being present.

28

| | | | |
|---|---|---|---|
| Dated: June 21, 2011 | | By: | /s/ Verna Herman |
| | | | VERNA HERMAN |
| | | | Defendant |
| | | | (Original on file in attorney's office) |
| | | | |
| Dated: June 21, 2011 | | By: | /s/ Dustin D. Johnson |
| | | | DUSTIN D. JOHNSON |
| | | | Attorney for VERNA HERMAN |

      IT IS SO ORDERED.

Dated:  June 23, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE